# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FAIZA ABU,

        Plaintiff,

   v.

PIRAMCO SEA-TAC INC.,

        Defendant.

Case No. C08-1167RSL

ORDER VACATING ORDER TO SHOW CAUSE

     This matter comes before the Court *sua sponte*. On March 31, 2009, defendant filed a motion for a discovery sanction that, taken as a whole, exceeded 50 pages but did not provide a courtesy copy for chambers. The Court ordered defendant to show cause why it should not be sanctioned for failure to comply with Local Rule 10(e)(8) and two prior orders of this Court. The Order to Show Cause (Dkt. #70) is now vacated in light of receipt of the courtesy copy.

     DATED this 10th day of April, 2009.

                                                                       /s/ Robert S. Lasnik
                                                                    Robert S. Lasnik
                                                                    United States District Judge